UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(ORLANDO DIVISION)

CASE NO.: 6:24-cv-01735-WWB-DCI

JACQUELYN BAKER,

    Plaintiff,

vs.

MASSEY SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on October 31, 2024, Defendant, MASSEY SERVICES, INC. filed a Notice of Removal, a copy of which is attached as *Exhibit A*, removing this action in its entirety to the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, to the case of *In re: James Baker and Jaquelyn Baker a/k/a Jaquelyn Turnage* [sic], case number 6:24-BK-04226-GER.

DATED this 31st day of October, 2024.

                                              *s/ J. Scott Hudson*
                                              J. Scott Hudson, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via the CM/ECF System to: Ashwin R. Trehan, Esquire, Wenzel Fenton Cabassa P.A., 1110 N. Florida Avenue, Suite 300, Tampa, FL 33602 ([atrehan@wfclaw.com](mailto:atrehan@wfclaw.com)) on this 31st day of October, 2024.

    *s/ J. Scott Hudson*
J. Scott Hudson, Esquire
Florida Bar No.: 725137
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Defendant