UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:   6:24-cv-01735-WWB-DCI

JAQUELYN BAKER,

    Plaintiff,

vs.

MASSEY SERVICES, INC.

    Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW, Cheyenne T. Lewis, Esquire, of the law firm of Zimmerman, Kiser & Sutcliffe, P.A., and hereby files this Notice of Appearance, as counsel of record on behalf of Defendant, MASSEY SERVICES, INC., and requests that copies of all pleadings, orders and other documents subsequently filed in this action be sent to the undersigned attorney at the email addresses indicated below:

**Cheyenne T. Lewis, Esquire**
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL   32802
Phone:   (407) 425-7010
Facsimile:   (407) 425-2747

[13650-37/11359727/1]                              1

Email:   clewis@zkslaw.com
kgoodman@zkslaw.com
service@zkslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished via CM/ECF to: Ashwin R. Trehan, Esquire, Cantrell Schuette, 401 E. Jackson Street, Suite 2340, Tampa, FL 33602 (atrehan@caklegal.com), this 6th day of February, 2025.

/s/ Cheyenne T. Lewis
J. Scott Hudson, Esquire
Florida Bar No.:   725137
Cheyenne T. Lewis, Esquire
Florida Bar No.:   1039993
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL   32802
Telephone:   (407) 425-7010
Facsimile:    (407) 425-2747
Counsel for Defendant
shudson@zkslaw.com
clewis@zkslaw.com
kgoodman@zkslaw.com
service@zkslaw.com

CTL/kag
13650-37

[13650-37/11359727/1]                                2